COURT OF APPEALS

SECOND DISTRICT OF TEXAS

FORT WORTH 

NO. 2-09-154-CV

BLUEGREEN SOUTHWEST ONE, L.P. AND      APPELLANTS

BLUEGREEN SOUTHWEST LAND, INC.
 

V.

TURNER, COLLIE & BRADEN, INC.
 APPELLEE

 
 

----------

FROM THE 67TH
 DISTRICT COURT OF TARRANT COUNTY

----------

MEMORANDUM OPINION
(footnote: 1) AND JUDGMENT

----------

We have considered “Appellants, Bluegreen Southwest One, L.P. and Bluegreen Southwest Land, Inc.’s Amended Motion To Dismiss Appeal Without Prejudice.”  It is the court’s opinion that the motion should be granted; therefore, we dismiss the appeal.  
See
 
Tex. R. App. P.
 42.1(a)(1), 43.2(f).

Costs of the appeal shall be paid by appellants, for which let execution issue.  
See 
Tex. R. App. P.
 
42.1(d).

PER CURIAM

PANEL:  DAUPHINOT, GARDNER, and WALKER, JJ.

DELIVERED:  November 12, 2009

FOOTNOTES
1:
See
 
Tex. R. App. P.
 47.4.